IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERWOOD JEROME GRINTER,<br>**Plaintiff,** | : | |
| v. | : | CIVIL ACTION NO. 19-CV-1240 |
| COMMONWEALTH OF<br>PENNSYLVANIA, et al.,<br>**Defendants.** | : | |

## ORDER

AND NOW, this 26th day of March, 2019, upon consideration of *pro se* Plaintiff Sherwood Jerome Grinter's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum.

4. Grinter is given leave to file an amended complaint within thirty (30) days of the date of this Order if he can state a plausible claim for relief against a proper defendant. Any individual or entity that is not listed in the caption of the amended complaint will not be treated as a defendant. Any amended complaint must be a complete document that describes in detail the basis for Grinter's claims against each defendant. Grinter should do his best to provide a simple recitation of the facts supporting his claims — who specifically caused him harm, in what specific way, at what specific time and place.

5. If Grinter files an amended complaint, the Clerk shall not make service until so **ORDERED**.

6. The Clerk of Court is **DIRECTED** to send Grinter a copy of this Court's form complaint to be used by a *pro se* individual filing a civil action bearing the civil action number for this case. Grinter may use this form to prepare his amended complaint.

7. If Grinter fails to file an amended complaint, his case may be dismissed without prejudice for failure to prosecute without further notice.

**BY THE COURT:**

JUAN R. SANCHEZ, C.J.